RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 APR 21 A 11:10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff
vs.
Nelson Alfaro-Zuniga
Defendant(s)

CRIMINAL NO. 08mj8292

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Andres Lizarraga-Galarza

DATED: 4/21/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

* U.S. GPO: 2003-581-774/70082

6549

# ...NCE BOND FOR A MATERIAL ...NESS

ARR 4/4/08

AUSA Approval: MK

FILED
08 APR 21 AM 10:31
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| United States District Court | Southern District of California |
|---|---|
| United States of America<br>v.<br>MELVIN ALFARO-ZUNIGA | Crim. Case No. |
| | Magis. Case No. 08 mj 8292 |

We, NOE ALVARADO (name of surety) and ANDRES VIZCAINO-GALARZA (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ 5000 and there has been deposited in the Registry of the Court the sum of $ 500 in cash. This bond is conditioned upon and posted to secure the appearance of material witness ANDRES VIZCAINO-GALARZA to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: Andres Vizcaino G. Surety's Signature: Noe Alvarado V.

Surety's Home Address: 405 Blanchard Ave Santa Paula Ca 93060

Material Witness' U.S. Address: 1190 SIERRA VISTA, ATWATER, CA 95301

Acknowledgment: The surety noted above signed this bond before me, CARMEN HERNANDEZ (print name of person witnessing surety's signature), on 4-11-08 (date), at Chula Vista CA (city/state).

My address is: 551 3rd Ave, C.V. CA 91910

Signature Of Person Witnessing Surety's Signature: [signature] Dated: 4/11/08

**Bond Approved:** [signature], United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, Noe Alvarado (print name of owner of cash), state that I reside at 405 BLANCHARD AVE, SANTA PAULA, CA 93060, and that I am the owner of the $ 500 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: 04-11-08

Noe Alvarado V.
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, Noe Alvarado (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 5000, and that I reside at 405 Blanchard Ave. Santa Paula Ca. 93060

Dated: 04-11-08

Noe Alvarado V.
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: 04-11-08

Noe Alvarado V.
Signature of the Surety

RECEIVED
APR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MS 149980 $500 DEPUTY

K:\COMMON\CSA\forms\2005\matwt_bnd.wpd

# MATERIAL WITNESS INFORMATION SHEET

## CASE INFORMATION

Case Name: U.S. v. ALFARO-ZUMGA

Case No. 08 mj 8292

AUSA Name: DOUGLA KEEHAN

AUSA Telephone: 557-6549

Case Agent:

Agency:

## INFORMATION ABOUT THE MATERIAL WITNESS

Name: ANDRES VIZCAINO-GALARZA

A-Number: UNKNOW

Date of Birth: 12/9/77

Immigration Status: UNDOCUMENTED

Foreign Address: MEXICO

Did The Material Witness Sign An I-826?

Relationship to Defendant:

## PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE

Name: SERGIO VIZCAINO-RODRIGUEZ

Relationship to Witness: FATHER

Home Address: 1190 SIERRA VISTA ST., ATWATER, CA 95301

Business Address:

Home Telephone: (209) 358-2586

Business Telephone:

## RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.

Name: SAME AS ABOVE

Relationship to Witness:

Home Address:

Business Address:

Home Telephone:

Business Telephone:

## ATTORNEY FOR THE MATERIAL WITNESS

Name: CIRO HERNANDEZ

Tel: (619) 266-0389

Fax: (619) 501-2493

Address: 551 THIRD AVE. CHULA VISTA, CA 91910

## INFORMATION ABOUT THE SURETY

Name: NOE ALVARADO

Relationship to Witness: FRIEND

Immigration Status: CITIZEN

Relationship to Defendant:

Home Address: 405 BLANCHARD AVE., SANTA PAULA, CA 93060

Business Address:

Home Telephone: (805) 933-0804

Business Telephone:

Does The Surety Have An Immigration Record (if so, the charges):

Does The Surety Have A Criminal Record (if so, the charges):

---

## FOR INS USE ONLY

1. MATERIAL WITNESS ☐ SURRENDERED ☐ FAILED TO APPEAR ☐
2. ________________ ________________

*Signature* *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd

Your Account Number
**149 414 3734 6**
NOE ALVARADO
405 BLANCHARD AVE
SANTA PAULA CA 93060-1505

and info on back of bill
24-Hour Service and Info:
(800) 427-2200 (English)
(800) 342-4545 (Español)

Company · Sempra Energy utility
P.O. Box C
Monterey Park, CA 91756
www.socalgas.com

Date Mailed Apr 08, 2008

| Rate | Climate Zone | Cycle | The Gas Company's Gas Commodity Charges per therm |
|---|---|---|---|
| GRL | 1 | 03 | $0.76598/Therm |

| Billing Period From | To | Meter Number | Readings Prev | Pres | Difference =CCF | | Billing Factor | | Therms |
|---|---|---|---|---|---|---|---|---|---|
| 03/06/08 | 04/04/08 | 08278215 | 3653 | 3694 | 41 | x | 1.049 | = | 43 |

Next Meter Reading Date on or about: May 05, 2008

| **Summary of Charges** | CARE Discount Applied | | **Amount** |
|---|---|---|---|
| Customer Charge | 29 Days | x 0.13151= | $ 3.81 |
| CARE Baseline | 43 Therms | x 0.96186= | 41.36 |
| **Gas Charges** | | | **45.17** |
| State Regulatory Fee | 43 Therms | x 0.00068= | 0.03 |
| CARE Public Purpose Surcharge | 43 Therms | x 0.02695= | 1.16 |
| **Taxes & Fees on Gas Charges** | | | **1.19** |
| **Total Gas Charges Including Taxes and Fees** | | | **46.36** |

Last Payment: Mar 31 2008 70.86

| | |
|---|---|
| Total Current Gas Charges | 46.36 |
| Previous Balance | 40.28CR |
| **Total Amount Due** | **6.08** |

Current Amount Past Due if not paid by Apr 28, 2008

Our records show this gas meter serves a one-family home. If the type of service or actual number of units is different, call us at the telephone number shown above.

This bill reflects modified gas charges due to a rate change.

Planning to dig in your yard or construction site? Stay safe. Call Underground Service Alert at 8-1-1 at least two business days before you dig.

| Energy Comparison | This Year Days | Therms | Daily Average | Last Year Days | Therms | Daily Average |
|---|---|---|---|---|---|---|
| Apr | 29 | 43 | 1.48 | 29 | 34 | 1.17 |
| Mar | 30 | 33 | 1.10 | 30 | 56 | 1.87 |
| Feb | 32 | 47 | 1.47 | 32 | 48 E | 1.50 |

Date Mailed
Apr 08, 2008

Please bring entire bill if payment is made in person or return stub with your payment by mail

03 4764 0501
S

Total Amount Due
**$6.08**
Please Pay
By 04/28/08

Save paper & postage: Pay online at www.socalgas.com

Make Payment To:

The Gas Company
P O Box C
Mont Pk Ca 91756

4057.10.332.81678 1 AV 0.312 oz 0.780
NOE ALVARADO

405 BLANCHARD AVE
SANTA PAULA CA 93060-1505

Your Account Number
**149 414 3734 6**

80 1494143734 00000608 66 1494143734 0000463663

AL COAST CONSTRUCTION SPECIALISTS, INC.

| HOURS | | RATE | REGULAR EARNINGS | OVERTIME EARNINGS | OTHER PAY | | | GROSS | PERIOD ENDING |
|---|---|---|---|---|---|---|---|---|---|
| GULAR | OVERTIME | | | | UNITS | RATE | AMOUNT | | |
| IECE | WORK | | | | | | 871.00 | 871.00 | 03/21/2008 |
| | | | | | | | | | TOTAL GROSS 871.0 |

| DEDUCTIONS | | | | | | | CONTROL NUMBER |
|---|---|---|---|---|---|---|---|
| F.I.C.A. | FED. W/H | STATE W/H | SDI | | | | 922 |
| 54.00 | 78.83 | 24.35 | 6.97 | | | | TOTAL DEDUCTIONS |
| MEDICARE 12.63 | 401 K 43.55 | | | | | | 220.3 |

| EMPLOYEE'S NAME AND SOC. SEC. NO. | | NET PAY |
|---|---|---|
| 41) 3363 | | |
| E A VIRAMONTES | | 650.6 |

L COAST CONSTRUCTION SPECIALISTS, INC. 152372

| HOURS | | RATE | REGULAR EARNINGS | OVERTIME EARNINGS | OTHER PAY | | | GROSS | PERIOD ENDING |
|---|---|---|---|---|---|---|---|---|---|
| IULAR | OVERTIME | | | | UNITS | RATE | AMOUNT | | |
| ECE | WORK | | | | | | 974.00 | 974.00 | 03/14/2008 |
| | | | | | | | | | TOTAL GROSS 974.0 |

| DEDUCTIONS | | | | | | | CONTROL NUMBER |
|---|---|---|---|---|---|---|---|
| F.I.C.A. | FED. W/H | STATE W/H | SDI | | | | 871 |
| 60.39 | 100.54 | 32.17 | 7.79 | | | | TOTAL DEDUCTIONS |
| MEDICARE 14.12 | 401 K 48.70 | | | | | | 263.7 |

| EMPLOYEE'S NAME AND SOC. SEC. NO. | | NET PAY |
|---|---|---|
| 41) 3363 | | |
| E A VIRAMONTES | | 710.2 |






Form 1040 Department of the Treasury - Internal Revenue Service
# U.S. Individual Income Tax Return 2007
IRS Use Only Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning , 2007, ending , 20 OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: NOE V | Last name: ALVARADO | Your social security number: 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 |
| If a joint return, spouse's first name and initial: MARIA D | Last name: ALVARADO | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 12.: 405 BLANCHARD AVE | Apt. no. | You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.: SANTA PAULA CA 93061 | | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ You Spouse

**Filing Status** Check only one box.
1. Single
2. X Married filing jointly (even if only one had income)
3. Married filing separately. Enter spouse's SSN above and full name here. ▶
4. Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. Qualifying widow(er) with dependent child (see page 14)

**Exemptions**
6a X Yourself. If someone can claim you as a dependent, do not check box 6a — Boxes checked on 6a and 6b: 2
b X Spouse — No. of children on 6c who:
c Dependents: — ● lived with you: 2; ● did not live with you due to divorce or separation (see page 16)

If more than four dependents, see page 15.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page 15) |
|---|---|---|---|---|
| ZAYRA | BAUTISTA | 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 | DAUGHTER | X |
| LYNN | BAUTISTA | 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 | DAUGHTER | X |

Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers on lines above ▶ 4

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 51,956 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | 1,975 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a — b Taxable amount (see page 21) | 15b | |
| 16a | Pensions and annuities — 16a — b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see page 24) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 53,931 |

**Adjusted Gross Income**

| Line | Description | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 53,931 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83. FFA Form 1040 (2007)